Bruce H. Jackson (State Bar No. 98118)
  bruce.jackson@bakermckenzie.com
Irene V. Gutierrez (State Bar No. 252927)
  irene.gutierrez@bakermckenzie.com
BAKER & McKENZIE LLP
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111
Telephone: +1 415 576 3000
Facsimile: +1 415 576 3099

Attorneys for Petitioner
ABDULKAREEM A. AL MUTAWA,
representing THE GROUP GENERAL TRADING
AND CONTRACTING

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULKAREEM A. AL MUTAWA, representing THE GROUP GENERAL TRADING AND CONTRACTING, <br><br> Petitioner, <br><br> v. <br><br> ANDREW S. KANIGOWSKI, an Individual, and ANDREW KANIGOWSKI, acting on behalf of the A&T KANIGOWSKI FAMILY TRUST, <br><br> Respondent. | Case No. LACV11-6194 (PMOx) <br><br> [PROPOSED] **JUDGMENT CONFIRMING FOREIGN ARBITRAL AWARD** <br><br> [9 U.S.C. § 207] |

SFODMS/6628768.1

Case No. _____
[PROPOSED] JUDGMENT

The Court, upon consideration of all the papers in support of, and in opposition to, and all pleadings on file, pertaining to the Petition to Confirm Foreign Arbitral Award issued in the Arbitration Matter between Petitioner Abdulkareem A. Al Mutawa, representing The Group General Trading and Contracting ("Petitioner"), and Respondent Andrew S. Kanigowski, an individual and Andrew Kanigowski, acting on behalf of the A&T Kanigowski Family Trust ("Respondent"), Case No. 50 180 T 00301 10, before the International Centre for Dispute Resolution, The International Arbitration Tribunal, including the Final Foreign Arbitration Award issued by the Arbitration Panel, on June 24, 2011 ("Final Award"); and for good cause shown, the Court Orders as follows:

**IT IS HEREBY ORDERED, ADJUDGED, DECREED THAT:**

1. The Court hereby confirms the Final Award dated June 24, 2011;

2. The Court hereby enters Judgment in conformity with the terms of the June 24, 2011 Final Award, and in accordance with the New York Convention of 1958, on the Recognition and Enforcement of Foreign Arbitral Awards, and 9 U.S.C. §201, *et seq.*, as follows:

A) Respondent's attempt to repurchase 6.5% of the shares of FutureFlite Corporation (FFC) was invalid and his right to repurchase shares pursuant § 9.03 of the Shareholder Agreement were extinguished by his conduct.

B) Petitioner is the 50.5% shareholder of FFC and properly exercised his majority shareholder rights to elect a new director and new officers for FFC.

C) Petitioner and Respondent are ordered to take such steps as may be

1

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6628768.1

Case No. _____
[PROPOSED] JUDGMENT

required to assure that the 10% shareholding stock certificate issued to Graham Mills is cancelled and to assure that all necessary corporate documentation and formalities are effected to reflect Petitioner's 50.5% shareholding and Respondent's 49.5% shareholding in FFC.

**D)** Andrew S. Kanigowski is ordered within thirty days of the issuance of the award to turn over all corporate books and records of FFC to the custody of the duly elected Secretary of FFC.

**E)** Petitioner's claims for money damages for breach of contract, breach of fiduciary duties and other claims and his application for an accounting are denied.

**F)** Respondent's claims for money damages for breach of contract, breach of fiduciary duties and other claims are denied.

**G)** It is hereby ordered, determined and awarded that all right, title, interests and data relating to the FutureFlite NOVA Economy Class Seating Project including all seat designs, drawings, original works of authorship, tools, tooling, equipment, good will, post-test specimens, and prototype seats and all other intellectual or other property rights embodied therein or relating thereto (including all related documentation) whether or not patentable or registrable under copyright or similar laws, all rights to the name NOVA and any goodwill associated with said name, as well as all applications for FAA certification or FAA certifications obtained (including all related documentation) relating to the NOVA Economy Class Seating Project, whether by FFC, FutureFlite Inc. (FFI), or Black Diamond Aerospace LLC (BDA), solely or in collaboration with others, which pertain to or relate in any manner to the NOVA Economy Class Seating Project (all of the forgoing constituting "NOVA Property") are the sole property of FFC.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 9411
+1 415 576 3000

SFODMS/6628768.1

**H)** Respondent is ordered to assist FFC or its designee in every proper way to secure full right, title and interest in the NOVA Property including the disclosure to FFC of all pertinent information, documentation and data with respect thereto and to execute appropriate written instruments to effectuate the transfer and assignment to FFC, its successors and assigns of all right, title and interest in the NOVA Property.

**I)** Respondent shall irrevocably designate and appoint FFC and its duly authorized officers and agents as the Respondent's agent and attorney in fact to act for or on behalf of Respondent or instead of him to prepare, execute and file any documents or do all other lawfully permitted acts to confirm the transfer or assignment, to apply for or to pursue any of FFC's rights in the NOVA Property with the same legal effect as if prepared, executed and filed by Respondent.

**J)** All applications for attorney's fees, costs and expenses are denied.

**K)** The Award is in full settlement of all claims and Counter Claims submitted to the Arbitration. All claims, demands and Counter Claims not expressly granted herein are denied.

**L)** The administrative fees of the International Centre for Dispute Resolution ("ICDR") totaling $ 23,500 shall be borne as incurred; the compensation and expenses of the Arbitrators totaling $173,051.97 shall be borne by the parties equally.

///

///

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6628768.1

Case No. _____
[PROPOSED] JUDGMENT

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

3. Petitioner shall recover costs of suit incurred in this action.

Judgment is hereby entered as set out above.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 28, 2011

_____
The Honorable
United States District Judge

Submitted by:

Bruce H. Jackson
Irene V. Gutierrez
BAKER & McKENZIE LLP


By: _____
    Irene V. Gutierrez
Attorneys for Petitioner
ABDULKAREEM A. AL MUTAWA,
representing THE GROUP GENERAL
TRADING AND CONTRACTING

4

Case No. _____
[PROPOSED] JUDGMENT

SFODMS/6628768.1